## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 22, 2023

Mr. Richard J. Braun
Braun & Associates
107 Oglethorpe Avenue
Gallatin, TN 37066-7151

    Re: Case No. 22-5607, *Mireille Lee v. Vanderbilt Univ*
       Originating Case No. : 3:20-cv-00924

Dear Counsel,

 The Court issued the enclosed Order today in this case. Judgment to follow.

             Sincerely yours,

             s/Roy G. Ford
             Case Manager
             Direct Dial No. 513-564-7016

cc: Mr. John W. Borkowski
   Ms. Catarina Anne Colon
   Ms. Lynda M. Hill
   Mr. Kevin C. Klein
   Ms. Sheree Carroll Wright

Enclosure

Mandate to issue