**FILED**
Jun 22, 2023
DEBORAH S. HUNT, Clerk

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 22-5607

MIREILLE M. LEE,

    Plaintiff-Appellant,

v.

VANDERBILT UNIVERSITY,

    Defendant-Appellee.

Before: SUHRHEINRICH, GIBBONS, and MATHIS, Circuit Judges.

**JUDGMENT**

On Appeal from the United States District Court
for the Middle District of Tennessee at Nashville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the judgment of the district court is VACATED and REMANDED for further proceedings.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk