## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 14, 2023

Ms. Lynda M. Hill
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 22-5607, *Mireille Lee v. Vanderbilt Univ*
    Originating Case No. 3:20-cv-00924

Dear Ms. Hill:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Patricia J. Elder, Senior Case Manager
for Roy Ford, Case Manager

cc: Mr. John W. Borkowski
    Mr. Richard J. Braun
    Ms. Catarina Anne Colon
    Mr. Kevin C. Klein
    Ms. Sheree Carroll Wright

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-5607

_____

Filed: July 14, 2023

MIREILLE M. LEE

    Plaintiff - Appellant

v.

VANDERBILT UNIVERSITY

    Defendant - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 06/22/2023 the mandate for this case hereby issues today.

COSTS: None